VOLKSWAGEN OF AMERICA, INC., Plaintiff, v. UNITED STATES, Defendant.

Court No. 96–00132

### ORDER

GOLDBERG, Senior Judge: In accordance with the decision (Aug. 22, 2008) and mandate (Dec. 1, 2008) of the United States Court of Appeals for the Federal Circuit, Appeal No. 2007–1518, affirming in part, and reversing in part this Court's judgment in *Volkswagen of America, Inc. v. United States*, 31 CIT ___, Slip Op. 07–47 (Mar. 28, 2007), it is hereby:

**ORDERED** that the portion of this Court's order denying Volkswagen's claim to an allowance pursuant to 19 C.F.R. § 158.12 for repairs made in response to government-mandated recalls is vacated; and it is further:

**ORDERED** that:

(1) On or before January 16, 2009, the parties shall submit supplemental briefing as to whether the defects remedied in response to the FTC and state recalls existed at the time of importation; and

(2) On or before January 30, 2009, the parties shall file a proposed scheduling order for the submission of this action for trial as to the remaining issue of verifying the applicable allowance amounts.

**IT IS SO ORDERED.**